UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIRECTV, INC.,

    Plaintiff,

    v.

JAMES PALMER,

    Defendant.
_____/

No. C 04-3421 PJH

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT**

The court has reviewed Magistrate Judge Laporte's report and recommendation regarding plaintiff's motion for default judgment, filed on March 7, 2005. Defendant filed no objections to the report and recommendation. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the court hereby GRANTS plaintiff's motion for default judgment. Judgment will be entered in the amount of $10,000.00, plus $3,125.50 in attorneys' fees, plus statutory costs.

**IT IS SO ORDERED.**

Dated: May 20, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge